UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS D. SANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL INSURANCE CO. and SHAHEEN CHEVROLET CADILLAC, INC.,<br><br>Defendants. | ) | Case No. 4:25-CV-1438-ZMB |

**ORDER OF TRANSFER**

In accordance with its Memorandum and Order entered today, the Court directs the Clerk of Court to **TRANSFER** this case to the Western District of Michigan no sooner than 14 days after the entry of this order but as soon as possible thereafter. *See* E.D. MO. L.R. 4.06.

So ordered this 24th day of August 2026.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE